**FILED**
August 17, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY CRAMER<br><br>Defendant. | Case No. 2:21-mj-00126-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CODY CRAMER  Case No. 2:21-mj-00126-KJN  Charges 18 USC § 922(a)(1)(A)  from custody for the following reasons:

_____   Release on Personal Recognizance

  X     Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $  50,000.00 co-signed by Amanda Cramer, Staci and Jarrod Tuck

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety as stated on the record in open court.

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on at 2:00 PM on August 17, 2021.

Dated:  August 17, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE