KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
CODY CRAMER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY CRAMER,<br><br>Defendants. | No. 21-CR-00155-JAM<br><br>STIPULATION AND<br>ORDER REGARDING SPECIAL<br>CONDITIONS OF PRETRIAL RELEASE<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable DEBORAH BARNES |

In the matter at bar, Defendant seeks to amend the Court's previously issued Pretrial Release Order issued by the Hon. Kendall J. Newman on August 20, 2021.

Since his release, Mr. Cramer has been in compliance of his release conditions. Prior to the case, he was a resident of Texas and some of the district boundaries between the Northern District and Eastern District are not clear. He is employed as a foreman with a company that contracts with PGE to work on and bury power lines to remediate high wind forest fire risks. Mr. Cramer has been instrumental in developing a training program for PG& E employees that work as lineman. He has been asked to teach at the PG& E facility in Livermore, California. In order to do this he needs to reside periodically near Livermore to teach. As a result, we

respectfully request that release condition Number 1 be amended to allow him to also stay in the Northern District as long as he is working in that area.

Counsel was contacted by pretrial services and we discussed Mr. Cramer's potential work endeavors in the Northern District and they do not appear to have any opposition. AUSA Conolly also indicated he had no objection to Mr. Cramer's travel to the Northern District as long as it was for work purposes.

As a result, it is respectfully requested that release condition number 1 be modified to read, "You must restrict your travel to the Eastern District of California; and, if necessary for employment/educational purposes, the Northern District of California, unless otherwise approved in advance by the pretrial services officer."

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, attorneys for plaintiff and Kyle Knapp, attorney for defendant, Cody Cramer, that his Second Amended Special Conditions of Release as detailed in Exhibit A below be adopted.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED

Dated: March 23, 2022							PHILLIP A. TALBERT
											UNITED STATES ATTORNEY

										by:	/s/ James R. Conolly
											James R. Conolly
											Assistant U.S. Attorney
											Attorney for Plaintiff


Dated:  March 23, 2022							/s/ Kyle R. Knapp
											KYLE KNAPP
											Attorney for Defendant
											CODY CRAMER

**ORDER**

The Stipulation of the parties is hereby accepted, and the Second Amended Special Conditions of Release for Mr. CRAMER attached as Exhibit "A" are hereby adopted.

**IT IS SO ORDERED**.

Dated: March 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

**SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

                                Re:    Cramer, Cody
                                No:    2:21-cr-00155-JAM
                                Date:  :March 23, 2022

1. You must restrict your travel to the Eastern District of California; and, if necessary for employment/educational purposes, the Northern District of California, unless otherwise approved in advance by the pretrial services officer;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer.

You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

4

11. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours.