KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Cody Cramer

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-00155-JAM |
| Plaintiff, | |
| v. | ORDER REGARDING AMENDING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |
| CODY CRAMER, ET. AL., | |
| Defendant. | |

Defendant, Cody Cramer, seeks to amend the Court's previously issued Pretrial Release order issued by the Honorable Kendall J. Newman on August 20, 2021.

Since his release, Mr. Cramer has been compliant with his conditions of pretrial release. Mr. Cramer's pretrial services officer Stephanie Mott contacted counsel and asked counsel to prepare a stipulation modifying the alcohol component of his Special Condition of Release # 9. The request is based on Mr. Cramer's lack of an alcohol abuse background.

The prayer is that condition 9 be modified to prohibit excessive use of alcohol. Modified conditions of release are attached to this pleading as exhibit A.

Assistant United States Attorney James Conolly does not oppose the modification of condition 9 – to "No excessive use of alcohol."

All other terms and condition and release will remain the same.


Dated:  February 17, 2023                              /s/ Kyle Knapp
                                                       KYLE KNAPP
                                                       Attorney for Defendant
                                                       CODY CRAMER

## ORDER

Upon motion of the defendant, the requested amendment of Mr. Cramer's conditions of release (Ex. A) modifying Condition # 9 to "No excessive use of alcohol," is GRANTED.

**IT IS SO ORDERED**.

Dated:  February 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ex. A

AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Cramer, Cody

No.2:21-cr-00155-JAM

Date :February 17, 2023

1.    You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

2.    You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3.    You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

4.    You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5.    You must cooperate in the collection of a DNA sample;

6.    You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7.    You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8.    You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9.    No excessive use of alcohol or use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10.    You must submit to drug and/or alcohol testing as approved by the pretrial services officer.

You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11.   You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

Case 2:21-cr-00155-JAM Document 24 Filed 08/20/21 Page 1 of 2

12.   You must report any contact with law enforcement to your pretrial services officer within 24 hours.