**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for CODY CRAMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CODY CRAMER,<br><br>               Defendant. | CASE NO.  2:21-cr-00155-JAM-2<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, James Conolly, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, CODY CRAMER, that the previously scheduled status of sentencing date of September 9, 2025, be vacated and the matter set formally for judgment and sentencing on **September 23, 2025, at 9:00 a.m.**

    This continuance is requested to allow counsel additional time to complete several avenues of investigation and the mitigation workup for Mr. Cramer.  I have contacted Mr. Conolly and Miranda Lewis of Probation, and they have no objection to the additional time needed to finalize this case.

    In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – September 23, 2025; Reply or Statement of Non - Opposition to Motion to Correct PSR due September 16, 2025; Motion to Correct PSR due September 9, 2025; Response to Informal Objections due September 2, 2025; and Informal Objections due August 26, 2025; the draft presentence report has been filed.

Dated: August 12, 2025                              Respectfully submitted.

                                                      /s/ Kyle R. Knapp
                                             Kyle R. Knapp
                                             Attorney for Defendant, Cody Cramer


Dated: August 12, 2025                              Respectfully submitted.

                                                      /s/ James Conolly
                                             James Conolly
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

Based on the stipulation of the parties, the September 09, 2025 sentencing hearing as to CODY CRAMER is **CONTINUED** to **Tuesday, September 23, 2025, at 09:00 a.m**., before Senior District Judge John A. Mendez.  The PSR schedule is **ADOPTED**.

IT IS SO ORDERED.

August 18, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE