**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for CODY CRAMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00155-JAM-2 |
| Plaintiff, | |
| | **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| v. | |
| CODY CRAMER, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, James Conolly, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, CODY CRAMER, that the previously scheduled status of sentencing date of September 23, 2025, be vacated and the matter set formally for judgment and sentencing on **November 04, 2025, at 9:00 a.m.**

   This continuance is requested to allow counsel additional time to complete several avenues of investigation and the mitigation workup for Mr. Cramer. In addition, it allows counsel to correct an error and complete the objection process with probation. I have contacted Mr. Conolly and Miranda Lewis of Probation, and they have no objection to the additional time needed to finalize this case.

   In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – November 4, 2025; Reply or Statement of Non - Opposition to Motion to Correct PSR due October 28, 2025; Motion to Correct PSR due October 21, 2025; Response to Informal Objections

due October 14, 2025; the draft presentence report has been filed and this will give probation time to address counsel's informal objections if necessary.

Dated: August 29, 2025                                      Respectfully submitted.

      /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Cody Cramer

Dated: August 29, 2025                                      Respectfully submitted.

      /s/ James Conolly
James Conolly
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

September 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE