**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for CODY CRAMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CODY CRAMER, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.  2:21-cr-00155-JAM-2 <br><br> **THIRD STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, James Conolly, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, CODY CRAMER, that the previously scheduled status of sentencing date of November 4, 2025, be vacated and the matter set formally for judgment and sentencing on November 18, 2025, at 9:00am.

   This continuance is requested to allow counsel additional time to complete several avenues of investigation and the mitigation workup for Mr. Cramer.  Mr. Cramer is still undergoing a number of medical tests and procedures to determine if he needs additional surgery on his neck or elsewhere.  He has an MRI scheduled today with a follow up with the surgeon on November 11, 2025.  It is counsel's wish to understand fully Mr. Cramer's medical prognosis prior to sentencing.  I contacted Mr. Conolly, who expressed his desire to get this matter finalized soon, but did not object to the requested a two-week continuance.  Ms. Lewis with probation also has no objection to the November 18, 2025 date.

In light of the above request - the following revised sentencing schedule is requested - Judgement and Sentencing – November 18, 2025; Sentencing Memorandum due November 11, 2025, Reply or Statement of Non - Opposition to Motion to Correct PSR due November 4, 2025; Motion to Correct PSR due October 28, 2025.  The revised final psr was filed on October 14, 2025.

Dated: October 21, 2025                                        Respectfully submitted.

   /s/ Kyle R. Knapp           2
Kyle R. Knapp
Attorney for Defendant, Cody Cramer

Dated: October 21, 2025                                        Respectfully submitted.

   /s/ James Conolly
James Conolly
Assistant U.S. Attorney
Attorney for Plaintiff

-

# ORDER

Based on the stipulation of the parties, the November 04, 2025 Judgment and Sentencing is **VACATED** and **RESET** for **November 18, 2025, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

Any motion to correct PSR shall be filed on or before **October 28, 2025**. Any reply or Statement of Non-Opposition to any motion to correct PSR shall be filed on or before **November 04, 2025**. If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, on **November 11, 2025**.

IT IS SO ORDERED.

Dated: October 24, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE